THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY MAIONE and FRANK ABBANDANDO, Appellants.

Argued December 1, 1941; decided January 8, 1942.

*Sydney Rosenthal* and *Benjamin J. Jacobson* for Harry Maione, appellant.

*Alfred I. Rosner* and *Michael W. DeFeo* for Frank Abbandando, appellant.

*William O'Dwyer, District Attorney (Solomon A. Klein, Henry J. Walsh* and *Burton B. Turkus* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.